UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN P. BREWSTER,<br><br>          Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>          Defendant. | No.  13-CV-00303-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: July 15, 2014

>                                 SEAN F. McAVOY
>                                 Clerk of Court
>
>                                 By:  *s/Melissa Orosco*
>                                           Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**